```
                                                          FILED
                                                          JUL - 8 2008
              UNITED STATES DISTRICT COURT              Clerk, U.S. District and
              FOR THE DISTRICT OF COLUMBIA               Bankruptcy Courts
```

| | |
|---|---|
| LESTER JON RUSTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 1178 |
| BARBARA S. RIGGS, | ) |
| Defendant. | ) |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE as frivolous.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


_____
United States District Judge
6/30/08